

## NUMBER 13-10-053-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**RICARDO VELA,** **Appellant,**

**v.**

**FLAVIO SALINAS,** **Appellee.**

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

This case is before the Court on an agreed motion to reverse and remand the cause to the trial court for settlement and entry of an order of dismissal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal and have attached a copy of a Rule 11 agreement to their motion. Pursuant to agreement, the parties request this Court to reverse the trial court's judgment and remand

this case for entry of an order of dismissal consistent with the terms of the settlement. We GRANT the motion and REVERSE and REMAND this case to the trial court for entry of judgment in accordance with the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
7th day of July, 2011.

2